**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROLLIN LEE SPENCER,                )
                                   )
                Plaintiff,         )
                                   )
        v.                         )        Civil Action No. 18-2741 (UNA)
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                Defendant.         )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and assorted documents, including a "Notice of Errata" and "Motion to Expidit [sic] Hearing." The Court has reviewed plaintiff's submission, keeping in mind that pleadings filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Aside from plaintiff's failure to submit documents in accordance with Federal Rule of Civil Procedure 10 and Local Civil Rule 5.1, and his failure to respond to the Court's January 18, 2019 Order, the pleading alleges no facts and generally fails to set forth a short and plain statement showing plaintiff's entitlement to relief as is required under Federal Rule of Civil Procedure 8(a). Accordingly, the Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint.

An Order is issued separately.

United States District Judge

DATE: March 29, 2019